United States District Court
Southern District of Texas
**ENTERED**
October 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DANIELA DE LA CARIDAD MENDEZ VALAZQUEZ,** | § § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04527 |
| **KRISTI NOEM,** *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

Petitioner Daniela De La Caridad Mendez Velazquez has filed a petition for habeas corpus relief under 28 U.S.C. § 2241, challenging her continued detention under 8 U.S.C. § 1226, and *Zadvydas v. Davis*, 533 U.S. 678 (2001). In accordance with this Court's Order for Answer (ECF No. 3), Respondents filed a Motion to Dismiss and, in the alternative, for Summary Judgment on October 9, 2025. ECF No. 5. The Court orders that Petitioner file a Response to Respondents' motion on or before Thursday, October 16, 2025. If Respondents wish to reply, they must do so on or before Tuesday, October 21, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on the 9th day of October, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1