Case 4:25-cv-04527   Document 11   Filed on 10/30/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DANIELA DE LA CARIDAD MENDEZ VELAZQUEZ,** | § § § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-04527 |
| **KRISTI NOEM,** *et al.*, | § § § | |
| Respondents. | § | |

### ORDER

The Court considered Petitioner Daniela De La Caridad Mendez Velazquez's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion to Dismiss (ECF No. 5). After considering the briefing and the arguments of counsel, the Court **GRANTED IN PART** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1). The Court has determined that the Petitioner is properly subject to 8 U.S.C. § 1226(a), rather than 8 U.S.C. § 1225(b)(2). The Court **DENIED** Respondents' Motion to Dismiss (ECF No. 5).

It is hereby **ORDERED** that Respondents provide Petitioner with a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) within seven days, that is, by November 6, 2025, or else release Petitioner. It is further **ORDERED** that Respondents update the Court on the status of the bond hearing on November 10, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on October 30, 2025.

_____
Keith P. Ellison
United States District Judge